IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson, )
                        )    2:10-cv-01510-GEB-DAD
       Plaintiff, )
                        )
     v. )  ORDER CONTINUING STATUS
                        )  (PRETRIAL SCHEDULING)
Alta Education, LLC, )  CONFERENCE; FED. R. CIV. P.
Individually and d/b/a Bryan )  4(m) NOTICE
College; Xepco, Inc., a )
California Corporation, )
                        )
       Defendants. )
_____ )

        The parties' Joint Status Report filed October 4, 2010 reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for October 18, 2010 is continued to December 13, 2010 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that Xepco, Inc. could be dismissed as a defendant in this action unless he provides proof of service or "shows good cause for the failure" to serve Xepco, Inc. within Rule 4(m)'s 120 day prescribed period, in a filing due no later than 4:00 p.m. on October 18, 2010.

        IT IS SO ORDERED.

Dated:  October 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1