IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                    )
                                     )   2:10-cv-01510-GEB-DAD
          Plaintiff,                 )
                                     )
     v.                              )   ORDER RE: SETTLEMENT AND
                                     )   DISPOSITION
Alta Education, LLC,                 )
Individually and d/b/a Bryan         )
College; Xepco, Inc., a              )
California Corporation,              )
                                     )
          Defendants.                )
_____      )
```

Plaintiff filed a "Notice of Settlement" on November 26, 2010, in which he states, "the parties have settled this action [,and] Dispositional documents will be filed within (30) calendar days." (ECF No. 13.)

Therefore, a dispositional document shall be filed no later than December 27, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Status Conference scheduled for December 13, 2010, is continued to commence at 9:00 a.m. on February 14, 2011, in the event no dispositional document is filed, or if this action is not otherwise

1 dismissed.[1]  Further, a joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  November 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2